## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MACKENZIE GUEST,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 10-5288** |
| | : | |
| **OAK LEAF OUTDOORS, INC., et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this   30th   day of April, 2012, upon consideration of the Defendants'

Motion for Summary Judgment (Doc. No. 28), Plaintiff's Response thereto (Doc. No. 30),

and the Defendants' Reply (Doc. No. 33), IT IS HEREBY ORDERED that the

Defendants' Motion for Summary Judgment (Doc. No. 28) is **GRANTED IN PART AND**

**DENIED IN PART.**   Defendants' motion for summary judgment on Counts I, II, and V is

**DENIED.**   Defendants' motion for summary judgment on Counts III and IV is

**GRANTED**.   Accordingly, Counts III and IV are **DISMISSED**.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.